IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BRIAN J. SCOTT, #14564-171                                                      PETITIONER

VERSUS                                              CIVIL ACTION NO. 5:09-cv-54-DCB-MTP

BRUCE PEARSON                                                                   RESPONDENT

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order of dismissal issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED, this the  12th  day of  June , 2009.


                                                      s/David Bramlette
                                                      UNITED STATES DISTRICT JUDGE